IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00882-WDM-MJW

MALINDA ANN KROPSCH,

    Petitioner,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Respondent.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Doc. no. 14 is stricken for failure to comply with D.C.COLO.LCivR 7.1.C.

Dated:  August 16, 2007

                                            s/ Jane Trexler, Judicial Assistant