IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00882-WDM-MJW

MALINDA-ANN KROPSCH,

    Plaintiff,

v.

U. S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO VACATE SCHEDULING CONFERENCE SET FOR AUGUST 22, 2007
( Docket No. 18 )

---

THE COURT, having reviewed Defendant U.S. Bank National Association as Trustee for First Franklin Mortgage Loan Trust's ("U.S.Bank") Motion to Vacate Scheduling Conference set for August 22, 2007, and being duly advised on the premises hereby:

ORDERS that Defendant U.S. Bank's Motion to Vacate Scheduling Conference set for August 22, 2007 is granted. The scheduling conference set for August 22, 2007 is hereby vacated. Defendant's Counsel shall notify The Pro Se Plaintiff of This order Forth with by Telephone.

DONE this 17th day of August, 2007.

BY THE COURT:

_/s/ Michael J. Watanabe_
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO