# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-00882-WDM-MJW | FTR |
| **Date:** November 27, 2007 | Shelley Moore, Deputy Clerk |
| MALINDA ANN KROPSCH, | Pro se |
| Plaintiff(s), | |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, | Phillip A. Vaglica |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 1:39 p.m.**

Court calls case. Appearance of Defendant's counsel. Pro se Plaintiff has **failed to appear**.

The Court states that the Pro se Plaintiff called chambers over the noon hour today and stated that her grandfather just passed away, and she was leaving town as a result. She indicated that she intends to voluntarily dismiss the case.

Defendant's counsel states that he would not object to a motion to voluntarily dismiss the case, if filed by the Pro se Plaintiff.

If Pro se Plaintiff does not file a motion to voluntarily dismiss the case in the next few days, then the Court will rule on the Motion to Strike (DN 6), Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) (DN 8) and the Motion to Dismiss Pursuant to Fed.R.Civ.P. (DN 19.)

Defendant makes an Oral Motion to Withdraw the Motion to Dismiss this action Pursuant to Fed.R.Civ.P. 12(b)(5) or to Quash for Insufficient Service of Process (DN 4).

**ORDERED:** Defendant's Oral Motion to Withdraw the Motion to Dismiss this action Pursuant to Fed.R.Civ.P. 12(b)(5) or to Quash for Insufficient Service of Process (DN 4) GRANTED. Accordingly, the Motion to Dismiss (DN 4) is WITHDRAWN.

**Court in recess 1:51 p.m.**
Total In-Court Time 0:12, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.