IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00882-WDM-MJW

MALINDA-ANN KORPSCH,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIAITON AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,

    Defendant.

## NOTICE OF DISMISSAL

    The court construes Plaintiff's Emergency Motion to Voluntarily Dismiss this Case Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(i). No answer or motion for summary judgment has been filed. Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 28, 2007.

                                       BY THE COURT:

                                       s/ Walker D. Miller
                                       United States District Judge